# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00716-CR
## NO. 03-03-00717-CR
## NO. 03-03-00718-CR

**Norman Watson, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
## NOS. 3013694, 3013749 & 3020811, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Norman Watson seeks to appeal from judgments of conviction for theft. The trial court has certified that these are plea bargain cases and Watson has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeals are dismissed. *See id*. rule 25.2(d).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices B. A. Smith and Patterson

Dismissed for Want of Jurisdiction

Filed:   January 8, 2004

Do Not Publish